















```
VLS    10/10/02    13:56
3:00-CV-02369   NANOGEN INC V. MONTGOMERY
*214*
*STIPO.*
```

F. T. Alexandra Mahaney (State Bar Number 125984)
William C. Tayler (State Bar Number 171704)
BROBECK, PHLEGER & HARRISON LLP
12390 El Camino Real
San Diego, CA 92130-2081
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

Attorney for Plaintiff/Counterdefendant NANOGEN, INC.

FILED
02 OCT 10 AM 9:01
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

ORIGINAL

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANOGEN, INC., a Delaware Corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DONALD D. MONTGOMERY, an Individual, and COMBIMATRIX CORP., a Delaware Corporation, and a California Corporation,<br><br>　　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 00 CV 2369 JM (RBB)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** |

ENTERED ON 10/10/02

Case No. 00 CV 2369 JM (RBB)
Stipulation for Dismissal

214

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT plaintiff/counterdefendant Nanogen, Inc. ("Nanogen") and defendants/counterclaimants Donald Montgomery ("Montgomery"), and CombiMatrix Corp. ("CombiMatrix"), by and through their respective counsel of record, stipulate to the voluntary dismissal with prejudice of all claims and counterclaims made in this action. Each party will bear its own costs and attorney's fees.

NOTICE IS ALSO GIVEN that this dismissal with prejudice is made pursuant to and in accordance with the terms of the Settlement Agreement between the parties dated September 30, 2002.

DATED: October 3, 2002          BROBECK, PHLEGER & HARRISON LLP

                                By: _____
                                    F. T. Alexandra Mahaney
                                    Attorneys for Plaintiff/Counterdefendant
                                    Nanogen

DATED: October 3, 2002          CAMPBELL & FLORES

                                By: _____
                                    Mauricio Flores
                                    Attorneys for
                                    Defendant/Counterclaimant
                                    CombiMatrix Corp.

DATED: October __, 2002         CORBETT & STEELMAN

                                By: _____
                                    Richard B. Specter
                                    Attorneys for
                                    Defendant/Counterclaimant Donald
                                    DONALD D. MONTGOMERY

IT IS SO ORDERED
DATED 10/9/02
_____
UNITED STATES DISTRICT JUDGE

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN THAT plaintiff/counterdefendant Nanogen, Inc. ("Nanogen") and defendants/counterclaimants Donald Montgomery ("Montgomery"), and CombiMatrix Corp. ("CombiMatrix"), by and through their respective counsel of record, stipulate to the voluntary dismissal with prejudice of all claims and counterclaims made in this action. Each party will bear its own costs and attorney's fees.

NOTICE IS ALSO GIVEN that this dismissal with prejudice is made pursuant to and in accordance with the terms of the Settlement Agreement between the parties dated September 30, 2002.

DATED: October 3, 2002            BROBECK, PHLEGER & HARRISON LLP

                                  By: _____
                                      F. T. Alexandra Mahaney
                                      Attorneys for Plaintiff/Counterdefendant
                                      Nanogen

DATED: October 3, 2002            CAMPBELL & FLORES

                                  By: _____
                                      Mauricio Flores
                                      Attorneys for
                                      Defendant/Counterclaimant
                                      CombiMatrix Corp.

DATED: October 3, 2002            CORBETT & STEELMAN

                                  By: _____
                                      Richard B. Specter
                                      Attorneys for
                                      Defendant/Counterclaimant Donald
                                      DONALD D. MONTGOMERY

1

Case No. 00 CV 2369 JM (RBB)
Stipulation for Dismissal

TOTAL P.03